PROB 12C
(6/96)

# United States District Court

for

## WESTERN DISTRICT OF TEXAS



### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Edwin K. Thomas</u>   Case Number: <u>A-98-CR-246 (01)SS</u>

Name of Sentencing Judicial Officer: <u>The Honorable Sam Sparks, United States District Judge</u>

Date of Original Sentence: <u>April 9, 1999</u>          **4:20mj0325**

Original Offense: <u>Possession of Firearm by Felon in violation of 18 U.S.C. § 922(g)(1)</u>

United States Courts
Southern District of Texas
FILED
*February 19, 2020*
David J. Bradley, Clerk of Court

Original Sentence: <u>84 months imprisonment in Bureau of Prisons, followed by a three year (3) term of supervised release, with special conditions for reporting within 72 hours of release from custody, mandatory drug testing, substance abuse treatment, and a $100 special assessment fee ($0 balance)</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>January 11, 2013</u>

Assistant U.S. Attorney: <u>Gerald Carruth</u>          Defense Attorney: <u>Abe Hernandez (A)</u>

---

## PREVIOUS COURT ACTION

On April 2, 2012, a Probation Form 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, was submitted to the Court recommending placement at a Residential Re-Entry Center for 180 days upon his release from the Bureau of Prisons, due to the fact that the offender had no address. On April 5, 2012, Your Honor concurred with the probation office's recommendation, however, the modification was not implemented. The offender was remanded to federal custody from the McCabe Center for submitting a positive urine specimen for marijuana on May 1, 2012. He later released to his grandmother's address in Caldwell on January 11, 2013.

On October 30, 2013, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court after the offender tested positive for marijuana on October 10, 2013. The probation office recommended that no action be taken and that he be allowed to participate in drug treatment. On October 31, 2013, Your Honor concurred with the probation office's recommendation.

On December 13, 2013, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court after the offender tested positive for marijuana on December 6, 2013. The Court took no action to allow the offender to continue substance abuse treatment.

THOMAS, Edwin K.
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

## PETITIONING THE COURT

[X]   To issue a warrant           [ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Special Condition:** "The defendant shall attend and participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay."

**Nature of Non-compliance:** On February 1, 2014, the offender was unsuccessfully discharged from substance abuse treatment at the Brazos Valley Council on Alcohol and Substance Abuse for failure to participate in individual and group counseling sessions. On April 29, 2014, the offender was unsuccessfully discharged from substance abuse treatment at Clean Investments for failure to submit four monthly drug tests and two counseling sessions during the months of January, February, March, and April 2015.

**Violation of Standard Condition No.: 5:** "The defendant shall report to the Probation Officer and follow the instructions of the Probation Officer."

**Nature of Non-compliance:** The offender did not report to his Probation Officer in March 2015.

**U. S. Probation Officer Recommendation:** After several administrative hearings and numerous chances for the offender to comply with his conditions of supervision, he continues to refuse to participate in substance abuse treatment and abide by his conditions. Considering his lack of interest and desire to comply with supervision, it is recommended his supervised release be revoked.

Approved by,

James R. Golden Jr.
Supervising U.S. Probation Officer

Respectfully submitted,

LaShonda Nevels
U.S. Probation Officer
Date: April 29, 2015

THOMAS, Edwin K.
Petition for Warrant or Summons for
Offender Under Supervision
Page 3

Received by,

_____
Alan Buie
Assistant U.S. Attorney

[X] recommends     ☐ does not recommend

Justification:

_____
_____

## THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Sam Sparks
U.S. District Judge

4-30-15
Date

≈AO 442  (Rev. 08/07)  Warrant for Arrest      95D17-080    FID: 352137

# UNITED STATES DISTRICT COURT

WESTERN  District of  TEXAS

RECEIVED
U.S. MARSHALS SERVICE
2015 APR 30  AM 9: 27

WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

Case Number: A-98-CR-246(01)-SS

Edwin K. Thomas

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Edwin K. Thomas
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      ☐ Complaint      ☐ Order of court

☐ Pretrial Release     ☐ Probation          x  Supervised Release   ☐ Violation Notice
  Violation Petition     Violation Petition      Violation

charging him or her with  (brief description of offense)

☐ in violation of Title  18  United States Code, Section(s)  3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

Jeannette Clack
Name of Issuing Officer

District Clerk of the Court
Title of Issuing Officer

Deanna Mussie
Signature of Issuing Officer

4-30-2015
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-00246-SS-1

| | |
|---|---|
| Case title: USA v. Thomas<br>Other court case number: :99- -50423 5th Cir. | Date Filed: 11/17/1998 |

Assigned to: Judge Sam Sparks

Appeals court case number: 99-50423

**Defendant (1)**

| | | |
|---|---|---|
| **Edwin K. Thomas**<br>*also known as*<br>Edwin Kendale Thomas | represented by | **Abe P. Hernandez , Jr.**<br>Federal Public Defender<br>800 Brazos, Ste. 490<br>Austin, TX 78701<br>(512) 916-5025<br>Fax: 512/916-5035<br>Email: Imelda_Tovar@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922G.F FELON IN POSSESSION OF A FIREARM.<br>(1) | Defendant sentenced to 84 months imprisonment; 36 months supervised release; no fine; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA      represented by    **Alan M. Buie**
United States Attorney's Office
Western District of Texas
903 San Jacinto Boulevard, Suite 334
Austin, TX 78701
(512) 370-1242
Fax: 512/916-5854
Email: alan.buie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Evette Fernald**
Assistant United States Attorney
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512)916-5858
Fax: 512/916-5854
Email: michelle.fernald@usdoj.gov
*TERMINATED: 03/07/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/1998 | | Case assigned to Honorable Sam Sparks. (fe) (Entered: 11/18/1998) |
| 11/17/1998 | 1 | Indictment filed against Edwin Kendale Thomas (1), count 1. (Pages: 1) (fe) (Entered: 11/18/1998) |
| 11/17/1998 | 2 | Order Bench warrant issued for Edwin Kendale Thomas. (fe) (Entered: 11/18/1998) |
| 11/17/1998 | | Bench warrant issued for Edwin Kendale Thomas. (fe) (Entered: 11/18/1998) |
| 11/17/1998 | | Court file prepared as to Edwin Kendale Thomas and forwarded to Judge Sparks. (fe) (Entered: 11/18/1998) |
| 12/03/1998 | 3 | Filed petition for writ of habeas corpus ad prosequendum for Edwin Kendale Thomas. (fe) (Entered: 12/03/1998) |
| 12/04/1998 | [4](#) | Order for Issuance of Writ of Habeas Corpus Ad Prosequendum as to Edwin Kendale Thomas. (fe) (Entered: 12/04/1998) |
| 12/04/1998 | | Writ of Habeas Corpus Ad Prosequendum as to Edwin Kendale Thomas issued. (fe) (Entered: 12/04/1998) |
| 12/14/1998 | | Defendant Edwin Kendale Thomas' first appearance held. Defendant informed of rights. (fe) (Entered: 12/17/1998) |
| | | |

| | | |
|---|---|---|
| 12/15/1998 | 5 | Bench warrant returned unexecuted for Edwin Kendale Thomas (fe) (Entered: 12/15/1998) |
| 12/15/1998 | 6 | Order appointing Federal Public Defender for Edwin Kendale Thomas Abe P. Hernandez Jr. to represent defendant (fe) (Entered: 12/17/1998) |
| 12/15/1998 | 7 | Order of Temporary Detention as to Edwin Kendale Thomas; Bond set to NO BOND for Edwin Kendale Thomas. Detention Hearing set for 2:00 on 12/22/98. (fe) (Entered: 12/17/1998) |
| 12/17/1998 | | Arraignment as to Edwin Kendale Thomas set for 2:00 on 12/22/98. (fe) (Entered: 12/17/1998) |
| 12/22/1998 | 8 | Response by Edwin Kendale Thomas to order [7-1] (mc2) (Entered: 12/22/1998) |
| 12/22/1998 | 9 | Order of Detention: Bond reset to No Bond for Edwin Kendale Thomas. (Mailed 12/22/98.) (mc2) (Entered: 12/22/1998) |
| 12/22/1998 | 10 | Waiver of personal appearance at arraignment and entry of plea not guilty by Edwin Kendale Thomas count 1 (mc2) (Entered: 12/22/1998) |
| 12/30/1998 | 11 | Order Setting Motions Hearing and Trial; and Standing Discovery Order as to Edwin Kendale Thomas - setting status conference/motions hearing for 8:30 on 1/29/99 ; setting plea agreement due for 1/29/99 ; and setting Jury selection and trial for 9:00 on 2/1/99. (fe) (Entered: 12/30/1998) |
| 12/30/1998 | | Jury selection for Edwin Kendale Thomas set for 9:00 on 2/1/99. (fe) (Entered: 12/30/1998) |
| 01/27/1999 | 12 | Factual basis by USA as to Edwin Kendale Thomas (fe) (Entered: 01/27/1999) |
| 01/29/1999 | | Rearraignment as to Edwin Kendale Thomas held. Defendant informed of rights. (fe) (Entered: 01/29/1999) |
| 01/29/1999 | 13 | Waiver of Rule 32 Time Limits by defendant Edwin Kendale Thomas. (fe) (Entered: 01/29/1999) |
| 01/29/1999 | | Plea of guilty entered by Edwin Kendale Thomas (1), count 1. (fe) (Entered: 01/29/1999) |
| 01/29/1999 | | Referred to Probation for Pre-Sentence Report as to Edwin Kendale Thomas (fe) (Entered: 01/29/1999) |
| 01/29/1999 | | Guilty plea accepted by the court as to Edwin Kendale Thomas (1), count 1. (fe) (Entered: 01/29/1999) |
| 02/02/1999 | 14 | Order as to Edwin Kendale Thomas setting sentencing for 8:30 on 4/9/99 . (fe) (Entered: 02/02/1999) |
| 04/09/1999 | | Sentencing held for Edwin Kendale Thomas (1) count(s) 1. Defendant sentenced to 84 months imprisonment; 36 months supervised release; no fine; $100 special assessment (fe) (Entered: 04/09/1999) |
| 04/09/1999 | 15 | SEALED DOCUMENT PLACED IN VAULT as to Edwin Kendale Thomas (fe) (Entered: 04/09/1999) |

| | | |
|---|---|---|
| 04/19/1999 | 16 | Judgment and Commitment as to Edwin Kendale Thomas (1) count(s) 1 (Pages: 5) (serviced 4/19/99) (fe) (Entered: 04/19/1999) |
| 04/22/1999 | 17 | Notice of appeal by Edwin Kendale Thomas (fe) (Entered: 04/23/1999) |
| 04/23/1999 | 18 | Appeal Transcript requested by Edwin Kendale Thomas as to Edwin Kendale Thomas appeal [17-1] (1/29/99 rearraignment/plea, 4/9/99 sentencing) (fe) (Entered: 04/23/1999) |
| 04/23/1999 | | Notice of appeal and certified copy of docket to USCA: as to Edwin Kendale Thomas appeal [17-1] (fe) (Entered: 04/23/1999) |
| 04/23/1999 | | Served copy of notice of appeal as to Edwin Kendale Thomas on Abe Hernandez, Jr., Edwin Thomas, Richard Durbin, Jr., U. S. Attorney-Austin, and court. (fe) (Entered: 04/23/1999) |
| 04/30/1999 | | Return of appeal information sheet received. as to Edwin Kendale Thomas appeal [17-1] USCA NUMBER: 99-50423 (fe) (Entered: 04/30/1999) |
| 07/23/1999 | | Letter of transmittal from USCA: as to Edwin Kendale Thomas appeal [17-1] #99-50423 regarding late filing of transcripts and payment discount. (fe) (Entered: 07/23/1999) |
| 08/27/1999 | 19 | Transcript filed for Edwin Kendale Thomas appeal [17-1] for dates of 1/29/99- Rearraignment and Plea; Appeal record due on 9/13/99 (fe) (Entered: 08/30/1999) |
| 08/27/1999 | 20 | Transcript filed forEdwin Kendale Thomas appeal [17-1] for dates of 4/9/99- Sentencing (fe) (Entered: 08/30/1999) |
| 09/30/1999 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Edwin Kendale Thomas appeal [17-1] #99-50423 (fe) (Entered: 09/30/1999) |
| 10/12/1999 | 21 | Certified copy of judgment (order of dismissal upon motion of appellant Thomas) of USCA as to Edwin Kendale Thomas dismissing Edwin Kendale Thomas (1) count(s) 1 appeal [17-1] #99-50423 Filed in NOLA 10/6/99, Filed in USDC, dkt'd & noticed 10/12/99. (fe) (Entered: 10/12/1999) |
| 10/12/1999 | | The original record on appeal as to Edwin Kendale Thomas was not returned from the Fifth Circuit upon receipt of the dismissal on 10/12/99. (fe) (Entered: 10/12/1999) |
| 10/13/1999 | | Service of dkt #21 as to Edwin Kendale Thomas acknowledged by DUSM on 10/13/99. (fe) (Entered: 10/13/1999) |
| 10/25/1999 | | Record on appeal returned from U.S. Court of Appeal as to Edwin Kendale Thomas #99-50423 (fe) (Entered: 10/26/1999) |
| 10/26/1999 | | The sealed presentence report as to Edwin Kendale Thomas was returned to USPO this date. (fe) (Entered: 10/26/1999) |
| 10/28/1999 | | Receipt of the sealed PSI as to Edwin Kendale Thomas acknowledged 10/27/99 by USPO. (fe) (Entered: 10/28/1999) |
| 07/25/2006 | 22 | Judgment and Commitment Returned Executed as to Edwin Kendale Thomas |

| | | |
|---|---|---|
| | | on 06/07/06. (dm, ) (Entered: 07/26/2006) |
| 04/05/2012 | 23 | PROBATION FORM 12 as to Edwin Kendale Thomas. Signed by Judge Sam Sparks. (dm, ) (Entered: 04/05/2012) |
| 11/01/2013 | 24 | PROBATION FORM 12 as to Edwin Kendale Thomas. Signed by Judge Sam Sparks. (dm) (Entered: 11/01/2013) |
| 12/30/2013 | 25 | PROBATION FORM 12 as to Edwin Kendale Thomas. Signed by Judge Sam Sparks. (td) (Entered: 12/30/2013) |
| 04/30/2015 | 27 | Probation Warrant Issued by Judge Sam Sparks as to Edwin Kendale Thomas. (dm) Modified on 12/7/2016 to unseal (klw). (Entered: 04/30/2015) |
| 12/07/2016 | 29 | ORDER to Unseal 27 Warrant Issued as to Edwin K. Thomas. Signed by Judge Sam Sparks. (klw) (Entered: 12/07/2016) |
| 03/07/2017 | 30 | NOTICE OF ATTORNEY APPEARANCE Alan M. Buie appearing for USA. . Attorney Alan M. Buie added to party USA(pty:pla) (Buie, Alan) (Entered: 03/07/2017) |
| 03/07/2017 | | Attorney Michelle Evette Fernald terminated as to Edwin K. Thomas. (dm) (Entered: 03/07/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/19/2020 10:59:32 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:98-cr-00246-SS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**